## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| Tanya Hayden | ) | |
| | ) | Case No.17-06350 |
| | ) | |
| Debtor(s) | ) | Judge Schmetterer |

### NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE that on May 26, 2021, at 9:30 a.m., I will appear before the Honorable Judge Schmetterer, or any judge sitting in that judge's place, and present the Debtor's MOTION TO AUTHORIZE SALE OF REAL ESTATE, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Edwin L Feld
Attorney for Debtor
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100

## CERTIFICATE OF SERVICE

I, Edwin L Feld, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by United States Mail or by method indicated on the list on May 19, 2021.

/s/ Edwin L Feld

Cap One
PO Box 30281
Salt Lake City, UT 84130

Enterprise Rent-A-Car
12055 S Cicero Ave
Alsip, IL 60803

Exeter
PO Box 166008
Irving, TX 75016

First Bankcard
PO Box 3331
Omaha, NE 68103

FNB Omaha
PO Box 3412
Omaha, NE 68103

Goal Financial
9477 Waples St, Suite 100
San Diego, CA 92121

IRS
PO Box 7346
Philadelphia, PA 19101

Loancare Servicing Center
3637 Sentara Way
Virginia Beach, VA 23452

Navient
PO Box 9500
Wilkes Barre, PA 18773

Nicor
PO Box 2020
Aurora, IL 60507

Radiology Imaging Consultants
75 Remittance Dr, Dept 1324
Chicago, IL 60675

Stearns
PO Box 8068
Virginia Beach, VA 23450

Sullivan Urgent Aid
PO Box 740023
Cincinnati, OH 45274

US Bank
PO Box 790408
Saint Louis, MO 63179

US Bank
PO Box 108
Saint Louis, MO 63166

US Dept of Education
525 Central Park Dr, Suite 60
Oklahoma City, OK 73105

Tanya L Hayden
1555 183rd Street
Homewood, IL 60430

M O Marshall (ECF Notice)
55 E Monroe Street, Ste 3850
Chicago IL 60603

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Tanya Hayden ) | |
| ) | Case No.17-06350 |
| ) | |
| Debtor(s) ) | Judge Schmetterer |

## MOTION TO AUTHORIZE SALE OF REAL ESTATE

NOW COME the Debtors herein, Tanya Hayden   by and through their attorneys, Edwin Feld, and Edwin L Feld & Associates, LLC and pursuant to Section 1329 of the Bankruptcy Code and respectfully request that this Honorable Court enter an order authorizing the sale of Real Estate pursuant to § 363 of the Bankruptcy Code and in support of this motion, state as follows:

1. The above-referenced case was filed on March 2, 2017
2. The plan provides a 100% dividend to General Unsecured Creditors.
3. Debtor   owns the Real Property located at 1555 183rd St Homewood, IL60430
4. The Mortgage on the property is held by Stearns Lending, with an approximate balance of $106,000.
5. The Debtor now seeks leave to sell this property and to sue the funds to pay off her Chapter 13 Bankruptcy.
5. The sale of the property is contingent on an order from this court authorizing the sale.
6. The Sale price for the Real Estate is $210,000(sales contract enclosed herein as an exhibit)
7. After costs of sale and paying Stearns Lending the remaining balance the Debtor will next approximately $79,600 from the sale which she will use to pay the balance of her Chapter 13 case.
8. The Debtor requests this court enter an order authorizing her to sell the Real Estate.

WHEREFORE, pursuant to 11 U.S.C. §1363 of the Bankruptcy Code, the Debtors respectfully request that this Honorable Court enter an order authorizing the sale of Real Estate, further relief that this Court deems appropriate.

Respectfully Submitted,

/s/ Edwin L Feld
Attorney for Debtors


Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100